**Opinion issued August 29, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00409-CV

———————————

**COOK LAW, PLLC, Appellant**

**V.**

**MARGARET VICTORIA, Appellee**

---

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 454297**

---

## MEMORANDUM OPINION

Appellant Cook Law, PLLC filed a Motion to Voluntarily Dismiss Appeal, representing it "no longer wishes to pursue the appeal."[1]  No cross appeal has been

---

[1]  This appeal, appellate case number 01-24-00409-CV, was severed from appellate case number 01-23-00473-CV.  The dismissal is only as to 01-24-00409-CV.

filed, and no opinion has issued.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We deny any pending motions as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.